UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SCOTT RANDLES,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security[1],<br><br>          Defendant. | Case No.: 1:24-cv-00718 JLT GSA<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

Randy Scott Randles and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $4,750.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 19 at 1-2.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $4,750.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated:  **January 22, 2025**

                                                                            /s/ Jennifer L. Thurston
                                                                            UNITED STATES DISTRICT JUDGE

---

[1] Michelle King was named the Acting Commissioner of Social Security in January 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Michelle King as the defendant in this action.